IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) | Docket No. 3:16-cr-97-FDW |
| v. | | |
| (3) ANGEL NUNEZ MARTINEZ | | **ORDER** |

This matter is before the Court on the Motion of the United States of America to dismiss the charges against Defendant Angel Nunez Martinez in the Bill of Indictment in the above-captioned case without prejudice.

It is hereby ordered that the motion be GRANTED and the charges against Defendant Angel Nunez Martinez in the above-captioned Bill of Indictment be dismissed without prejudice.

SO ORDERED this 5th day of June 2017.

Signed: June 5, 2017

Frank D. Whitney
Chief United States District Judge